

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRVAN JOHNSON, ) <br> ) <br> Defendant. ) | Case No. **15 CR 010 CVE** <br><br> **INFORMATION** <br> [18 U.S.C. § 111: Assaulting, Resisting, or Impeding an Officer (Misdemeanor)] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### [18 U.S.C. § 111]

That on or about April 4, 2013, in the Northern District of Oklahoma, the defendant, **IRVAN JOHNSON**, did knowingly impede, intimidate, and interfere with Edward Marengo, a Patient Advocate at the Veteran Affairs' Tulsa Outpatient Clinic, while Edward Marengo was engaged in and on account of the performance of official duties and on account of such assistance by threatening Edward Marengo.

All in violation of Title 18, United States Code, Section 111.

## COUNT TWO
### [18 U.S.C. § 111]

That on or about April 5, 2013, in the Northern District of Oklahoma, the defendant, **IRVAN JOHNSON**, did knowingly impede, intimidate, and interfere with Patrick Brenner, a shuttle driver for the Veteran Affairs, while Patrick Brenner was engaged in and on account of the performance of official duties and on account of such assistance by

throwing things, interfering with the wheelchair lift, and threatening to "take care of" Veteran Affairs employee Edward Marengo.

All in violation of Title 18, United States Code, Section 111.

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

*/s/ Shannon Bears Cozzoni*
SHANNON BEARS COZZONI
Assistant United States Attorney